# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Magdaleno Rodriguez-Lopez,<br>a.k.a.: Magdaleno Rodriguez Lopez,<br>(A 098 437 440)<br>*Defendant* | Case No. 16-6506 MJ |

D*** 11/4/16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 2, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Magdaleno Rodriguez-Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at San Ysidro, California, on or about June 27, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brandon Brown

☒ Continued on the attached sheet.

*Complainant's signature*

Barry P. Jansen,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 4, 2016

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Barry P. Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 2, 2016, the Phoenix Police Department (PPD) encountered Magdaleno Rodriguez-Lopez during a welfare check call at or near the intersection of Foothills Parkway and Chandler Boulevard, in Phoenix, Arizona. PPD Officer Dehority suspected Rodriguez-Lopez to be in the country illegally and contacted the Phoenix Law Enforcement Response Unit for assistance. On scene, ICE Officer Garcia interviewed Rodriguez-Lopez and determined him to be a Mexican citizen, illegally present in the United States. On the same date, Rodriguez-Lopez was transported to the Phoenix ICE office for further investigation and processing. Rodriguez-Lopez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Magdaleno Rodriguez-Lopez to be a citizen of Mexico and a previously deported criminal alien. Rodriguez-Lopez was removed

from the United States to Mexico through San Ysidro, California, on or about June 27, 2012, pursuant to a removal order issued by an immigration judge. There is no record of Rodriguez-Lopez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Rodriguez-Lopez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Magdaleno Rodriguez-Lopez was convicted of Re-Entry of Removed Alien, a felony offense, on January 3, 2012, in the United States District Court, District of Arizona. Rodriguez-Lopez was sentenced to eight (8) months' imprisonment and three (3) years' supervised release. Rodriguez-Lopez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 2, 2016, Magdaleno Rodriguez-Lopez was advised of his constitutional rights. Rodriguez-Lopez freely and willingly acknowledged his rights but declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 2, 2016, Magdaleno Rodriguez-Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

States at San Ysidro, California, on or about June 27, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Barry P. Jansen,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 4th day of November, 2016.

_____
David K. Duncan,
United States Magistrate Judge